UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 4:10-CR-073-BLW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JULIO JIMENEZ-MORALES, *et al.*, | |
| Defendants. | |

The Court has before it Defendant Lopez's Motion to Continue Trial (Dkt. 128), and Defendant Penaloza-Paramo's Motion to Continue Trial (Dkt. 129). The trial is scheduled to commence on March 28, 2011. The attorneys for both defendants seek a continuance because they have previous engagements that week, and they suggest it would be difficult to change their plans.

The Court is extremely sympathetic to counsel's scheduling conflicts. Especially where counsel have made plans to attend training by the Administrative Office of the United States Courts for CJA Panel attorneys. However, neither attorney indicated that he absolutely cannot attend trial as scheduled. This case has been pending for nearly a year, with several defendants detained that entire time. Counsel's scheduling conflict must be balanced against the defendants' and the public's right to a speedy trial. 18 U.S.C. § 3161(h((7). Under these circumstances of this case, the Court cannot grant a

continuance.

**ORDER**

**IT IS ORDERED:**

1. Defendant Lopez's Motion to Continue Trial (Dkt. 128) is **DENIED**.

2. Defendant Penaloza-Paramo's Motion to Continue (Dkt. 129 is **DENIED**.



DATED: **February 25, 2011**

Honorable B. Lynn Winmill
Chief U. S. District Judge